COPY

1  **MARLIN & SALTZMAN, LLP**
2  Louis M. Marlin, Esq. (SBN 54053)
   Stephen P. O'Dell, Esq. (SBN 132279)
3  3200 El Camino Real, Suite 100
   Irvine, California 92602
4  (714) 669-4900; Fax (714) 669-4750
5  louis.marlin@marlinsaltzman.com
   sodell@marlinsaltzman.com
6

7  **THE CIFARELLI LAW FIRM, LLP**
8  Thomas A. Cifarelli, Esq.  (SBN: 161815)
   7700 Irvine Center Dr., Suite 150
9  Irvine, California  92618
   (949) 502-8600; Fax:  (949) 502-8603
10 tomc@cifarellilaw.com

11

12 Attorneys for Plaintiff TERRANCE D. RUTHERFORD

13              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
14

15 TERRANCE D. RUTHERFORD,              )   **CASE NO.**  CV 13-02934 DDP-JEMx
16 individually and on behalf of other  )
   similarly situated individuals,      )
17                                       )   **CLASS ACTION** (FRCP 23)
                       Plaintiff,        )
18   vs.                                 )
                                         )   **SECOND AMENDED COMPLAINT**
19 FIA CARD SERVICES, N. A. (Bank of     )   **AND JURY DEMAND**
20 America), ALASKA AIRLINES, INC.       )
   and HORIZON AIR INDUSTRIES,          )   Judge:   Hon. Dean D. Pregerson
21 INC.,                                 )   Ctrm:    3
                                         )
22                     Defendants.       )

23

24

25

26

27    Plaintiff, TERRANCE D. RUTHERFORD, on his own behalf and on behalf of

28 all similarly situated persons, alleges as follows:

                                    1
           SECOND AMENDED COMPLAINT AND JURY DEMAND

## INTRODUCTORY FACTUAL ALLEGATIONS

1.     This matter is brought as a class action, pursuant to Federal Rules of Civil Procedure Rule 23, by Plaintiff, on behalf of a Class made up of all employees of Alaska Airlines and Horizon Airlines in the United States who have participated, or are currently participating, in the Alaska Airlines Credit Card Incentive Program ("Incentive Program") during the Class Period.

2.     In this case, Plaintiff seeks relief for himself and the Class under common law, to remedy Defendants' failure to account to Plaintiff and Class members, for an accounting, for a book account, and for the reasonable value of services rendered to Defendants as a result of Plaintiff's and Class members' participation in the Incentive Program.

## JURISDICTION AND VENUE

3.     This Court has jurisdiction over this class action pursuant to 28 U.S.C. § 1332(d)(2).  The matter in controversy exceeds $5 million dollars and there is diversity of citizenship, as Defendants are organized under the laws of the states of Alaska, Washington and Delaware, have their principal places of business in Washington and Delaware, and Plaintiff is a citizen of the State of California.

4.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(a)(3) and (c) in that Defendants are subject to personal jurisdiction in this district at the time this action was commenced.

## THE PARTIES

5.     Plaintiff, Terrance D. Rutherford, resides in Los Angeles County, California.  Plaintiff has been employed by Alaska Airlines since October 14, 1997. Plaintiff began participating in the Incentive Program in or around March, 2005 and at the time of the filing of this action, Plaintiff continues to participate in the Incentive Program.  Plaintiff is a member of the Class he seeks to represent.

6.     Defendant FIA Card Services, N. A. ("Bank of America") is a corporation organized under the laws of the state of Delaware and has its principal place of

business in Delaware.  FIA Card Services, N. A. is the legal entity that includes Bank of America's credit card operations.  On January 1, 2006, MBNA merged with and into Bank of America, becoming a wholly-owned subsidiary of Bank of America called MBNA America Bank, N. A., and on June 10, 2006, this entity changed its name to FIA Card Services, N. A.  On October 20, 2006, Bank of America N. A. (USA), a subsidiary of Bank of America Corp., merged with and into FIA Card Services, N. A.  In Canada and Europe, the MBNA name is retained.

7.    Defendant Alaska Airlines, Inc. ("Alaska Airlines") is a corporation organized under the laws of the state of Alaska and has its principal place of business in the state of Washington.

8.    Defendant Horizon Air Industries, Inc. ("Horizon Airlines") is a corporation organized under the laws of the state of Washington and has its principal place of business in the state of Washington.

9.    Defendant Alaska Airlines, Inc. and Defendant Horizon Air Industries, Inc. are herein jointly referred to as "the airlines."

10.    Defendant FIA Card Services, N. A., Defendant Alaska Airlines, Inc., and Defendant Horizon Air Industries, Inc., are herein jointly referred to as "Defendants."

11.    Defendants were, at all times, doing business in numerous states throughout the United States, including California, have various business locations in the State of California, and serve numerous customers in the State of California.

## FACTUAL ALLEGATIONS

## THE UNDERLYING CONTRACT BETWEEN THE AIRLINES AND BANK OF AMERICA CONCERNING THE INCENTIVE PROGRAM

12.    The airlines and Bank of America entered into a written, bilateral contract for the purpose of obtaining new customer accounts for both the airlines and Bank of America, hereinafter referred to as "the Underlying Contract."

13.    The Underlying Contract resulted in a marketing partnership between the airlines and Bank of America whereby Bank of America issues "Alaska Airlines" branded Visa and MasterCard credit cards in the United States and Canada.

14.    Holders of these credit cards earn airline mileage by flying on Alaska Airlines or Horizon Airlines, as well as other participating airlines, by using the credit card for purchases.

15.    Plaintiff is informed and believes that, in or around 2004, pursuant to the Underlying Contract, the airlines and Bank of America agreed that airline employees would be tasked with marketing Alaska Airlines-branded credit cards to consumers.

16.    As a result, the airlines and Bank of America devised what is known as the Alaska Airlines Employee Credit Card Incentive Program, ("the Incentive Program.")

17.    The airlines agreed to facilitate the exchange of information between Bank of America and airline employees, and would provide training related to the Incentive Program.

18.    Pursuant to the Underlying Contract, the airlines and Bank of America agreed that airline employees would be paid for their participation in the Incentive Program by Bank of America direct depositing payments into employees' bank accounts along with their airline wages.   In addition, the airlines agreed to list Incentive Program payments on employees' wage statements.   These payments are listed as wages and taxed at the same rate as employees' regular wages.

## THE INCENTIVE PROGRAM

19.    On behalf of itself and the airlines, and pursuant to the Underlying Contract, Bank of America offered to pay Plaintiff and members of the Class certain sums if they facilitated submission of credit card applications.

20.    Specifically, airline employees were/are offered a sum certain for each "approved" credit card application that is submitted to Bank of America (currently $45) and were/are also offered a sum certain for each "processed" credit card

4

1  application that is submitted to Bank of America, regardless of whether the application
2  was/is ultimately approved (currently $5). "Processed" applications are those which
3  contain sufficient customer information to facilitate an "accept" or "decline" decision,
4  even if they are not ultimately approved.

5      21.   To participate in the Incentive Program, airline employees distributed pre-
6  printed credit card applications (provided by the airlines to their employees) to third
7  parties (including, but not limited to, the airlines' customers). The applications contain
8  a space for the name and employee identification number of the Alaska Airlines or
9  Horizon Airlines employee who provided the application to the customer.

10      22.   Customers can submit their applications directly to Bank of America or
11  through Plaintiff and Class members, who collect some of the applications before
12  customers leave.

13      23.   Plaintiff and Class members provided services to Defendants by
14  distributing the credit card applications during flights.

15      24.   Plaintiff and Class members provided services to Defendants by obtaining
16  completed applications from customers who chose to submit them through the airlines'
17  employees. Collected applications were ultimately conveyed to Bank of America for
18  review and processing, although customers were not required to return applications to
19  the airline employees and were free to submit them on their own.

20      25.   Defendants advise Plaintiff and Class members that an Incentive Program
21  participant will receive payment for any application distributed by that participant,
22  submitted to Bank of America, and processed and/or approved. An Incentive Program
23  participant is supposed to receive payment for any processed and/or approved
24  application he distributes, regardless of who submits that application to Bank of
25  America.

26      26.   Defendants advise Plaintiff and Class members that payments related to
27  the Incentive Program "will appear in your paycheck *within* 2 months of submitting
28  applications." Beginning in May of 2013, Plaintiff and Class members were advised

1  that cash bonuses received as part of their participation in the Incentive Program will
2  also be combined into the same line item on their wage statements.

3      27.   The reasonable value of the services rendered by Plaintiff and Class
4  members to Defendants is unknown at this time and Plaintiff and Class members will
5  pray leave to amend this complaint to allege the sum due when it has been ascertained.

6      28.   All employees of Alaska Airlines and Horizon Airlines are eligible to
7  participate in the Incentive Program.

8      29.   Several thousand employees participate in the Incentive Program.

9         **THE AIRLINES' ROLE IN THE INCENTIVE PROGRAM**

10      30.   Both Alaska Airlines and Horizon Airlines set and issue policies,
11  practices and procedures to their employees and administer the Incentive Program on
12  behalf of themselves and Bank of America.

13      31.   The terms and conditions of the Incentive Program were, and are,
14  presented to Alaska Airlines and Horizon Airlines employees directly by the airlines
15  through various means including web, email, and flyers.

16      32.   The airlines hired a former Bank of America employee to administer
17  "Partnership Marketing" for the airlines and communicate with employees regarding
18  the Incentive Program.  This employee acts as a liaison between Bank of America and
19  the airlines' employees regarding the Incentive Program and provides information,
20  documentation and forms, answers questions and issues prizes to airline employees.

21      33.   The airlines also regularly issue documentation and training materials
22  regarding the Incentive Program.

23      34.   The airlines advised their employees that the Incentive Program would
24  allow them to "earn money for yourself, for your company, and provide a valuable
25  mileage earning opportunity for your customers."

26      35.   The airlines trained employees so that they could "expertly promote the
27  benefits of applying for the Alaska Airlines Bank Card Products to [ ] customers
28  inflight."

36.     The airlines gave their employees a script that could be used in connection with the distribution of credit card applications. *See, e.g.,* Exhibit 1 (Alaska Airlines Visa Script).

37.     Each month, the airlines provide employees with a flyer, via email, which outlines the current terms of the Incentive Program and also offers additional incentives *from the airlines* to employees for submitting applications to Bank of America. *See, e.g.,* Exhibits 2-5.

38.     The airlines incentivize their employees to participate in the Incentive Program by offering cash, trips, and other prizes to employees who participate. *See, e.g.,* Exhibits 2-5.

39.     The airlines award prizes (including gift cards and products) to "top performers" of the Incentive Program to encourage employee participation. *See, e.g.,* Exhibits 2-5.

40.     The airlines are also responsible for depositing Incentive Program payments into employees' bank accounts along with their airline wages.

## THE AIRLINES AND BANK OF AMERICA BENEFIT SIGNIFICANTLY FROM THE INCENTIVE PROGRAM

41.     The airlines have repeatedly stated, in writing, that the Incentive Program provides them with a substantial financial benefit.

42.     The airlines have also acknowledged that the Incentive Program provides them with other benefits as well, including new customers and increased customer loyalty.

43.     The Incentive Program brought in over $325 million dollars to the airlines in 2012.

44.     The Incentive Program represents nearly 40% of all new Alaska Airlines-branded credit card accounts generated to Bank of America.

**PAYMENTS ARE DUE TO PLAINTIFF AND CLASS MEMBERS**

45.   Upon information and belief, Plaintiff and Class members are not paid for all "processed" and/or approved applications submitted to Bank of America or for all cash bonuses to which they are entitled and the airlines are equally responsible for the payments owed to Plaintiff and Class members.

46.   Plaintiff has consistently participated in the Incentive Program during the Class Period.   Plaintiff's participation in the Incentive Program is continuing at the time of filing this Second Amended Complaint.

47.   Plaintiff routinely distributes more than 200 applications, bearing his unique identifying information as the source of the application, each month.

48.   On information and belief, and based on Plaintiff's own experiences, most customers do not return their applications directly to the flight crew.   Approximately 90% of customers take the applications with them when they leave the flight.

49.   Some customers do return finished applications to Plaintiff before they leave.   Plaintiff submits those applications to Bank of America.

50.   Plaintiff only submits applications returned to him during the flight.   Plaintiff does not personally submit any applications customers finish after they leave the flight.   Plaintiff alleges on information and belief that applications are also submitted directly to Bank of America by the customers, themselves, on dates unknown to Plaintiff, but which will be reflected in Defendants' business records.

51.   Plaintiff received applications on the following dates, and submitted those applications to Bank of America: January 11, 2013, January 4, 2013, January 17, 2013, January 22, 2013, January 25, 2013, January 26, 2013, January 28, 2013, February 15, 2013 (2)[1], February 17, 2013 (3), February 19, 2013 (3), February 22, 2013, February 28, 2013, March 3, 2013, March 14, 2013, March 15, 2013, March 30, 2013 (2), March 31, 2013, April 4, 2013, April 5, 2013, Apr 12, 2013, April 14, 2013, April 17, 2013,

---

[1]   The parentheticals indicate the number of applications, where more than one application was received on a specific date.

April 24, 2013, May 4, 2013 (2), May 7, 2013, May 15, 2013 (7), May 21, 2013 (3), May 24, 2013 (2), May 26, 2013, May 31, 2013, June 2, 2013, June 3, 2013 (2), June 5, 2013, June 11, 2013 (4), June 12, 2013 (4), June 23, 2013, June 25, 2013, June 28, 2013 (4), June 29, 2013, June 30, 2013, July 3, 2013, July 11, 2013, July 13, 2013, July 14, 2013, July 15, 2013 (2), July 20, 2013, July 23, 2013, July 25, 2013 (3), July 27, 2013, July 29, 2013 (2), July 30, 2013 (4), August 4, 2013 (3), August 9, 2013 (2), August 15, 2013 (2), August 17, 2013 (3), August 19, 2013 (2), August 26, 2013, September 1, 2013 (3), September 2, 2013 (5), September 9, 2013 (2), September 11, 2013 (2), September 18, 2013, September 20, 2013, September 28, 2013, September 29, 2013 (4), September 30, 2013.  This is a partial listing of the dates on which Plaintiff has collected and submitted applications.  Plaintiff has continued to distribute, collect, and submit applications on subsequent dates, as will be reflected in Defendants' business records.

52.  Because Defendants provide no accounting, Plaintiff does not and cannot know whether any customers independently submitted applications Plaintiff distributed.

53.  According to the airlines, Bank of America has thirty days from the date that the customer fills out the application to make a decision.

54.  Plaintiff does not know whether any or all of the applications submitted under his Program credentials, since January 29, 2013, were "processed" or were approved by Bank of America.

55.  Plaintiff does not know whether any or all of the applications bearing his Program credentials that he distributed to customers since January 29, 2013 and which customers independently submitted were "processed" or were approved by Bank of America.  Plaintiff, however, infers that at least some such applications were submitted and approved, based on the incentive awards that he has received over the course of the program and his consistent ranking as a "top performer" in the Program.

56.  Plaintiff's wage statement covering the month of January, 2013 included a

$55 payment as a result of his participation in the Incentive Program.  Plaintiff's wage statement covering the month of February, 2013 included a $360 payment as a result of his participation in the Incentive Program.  Plaintiff's wage statement covering the month of March, 2013 included a $405 payment as a result of his participation in the Incentive Program.  Plaintiff's wage statement covering the month of April, 2013 included a $445 payment as a result of his participation in the Incentive Program. Plaintiff's wage statement covering the month of May, 2013 included a $560 payment as a result of his participation in the Incentive Program.  Plaintiff's wage statement covering the month of June, 2013 included a $1,085 payment as a result of his participation in the Incentive Program.  Plaintiff's wage statement covering the month of July, 2013 included a $1,220 payment as a result of his participation in the Incentive Program.  Plaintiff's wage statement covering the month of August, 2013 included a $1,130 payment as a result of his participation in the Incentive Program.

57.   Because Defendants provide no accounting of submitted applications, Plaintiff is not able to identify the applications for which he received payments. Plaintiff cannot identify which payments were for applications he submitted or which payments were for applications customers submitted independently.  In addition, Plaintiff cannot determine if the payments he received relate to "processed" applications or to "processed" and approved applications.  Therefore, Plaintiff cannot determine whether he was paid all amounts owed to him for his participation in the Incentive Program.

58.   Beginning in May of 2013, Defendants began issuing cash as a prize for participation in the Incentive Program (instead of the gift cards they had previously provided).[2]  *See,* Exhibits 6 and 7.

59.   Plaintiff's May, 2013 wage statement included a cash prize of $300.

---

[2]    Prior to May, 2013, Plaintiff had previously received numerous gift cards as "prizes" for his participation in the Incentive Program.

SECOND AMENDED COMPLAINT AND JURY DEMAND

Plaintiff's June, 2013 wage statement included two separate cash prizes of $100 and $300. Plaintiff's July, 2013 wage statement included a cash prize of $300. Plaintiff's August, 2013 wage statement included a cash prize of $700.

60. Plaintiff was advised that he was considered a top performer for the month of August and that his October, 2013 wage statement would include a $700 cash bonus in the same line item as his Incentive Program payment.

61. Based on the facts, herein alleged, that the amounts paid to Plaintiff do not correspond to the number of applications personally submitted by Plaintiff, as well as the fact that Defendants do not provide any itemization of payments under the Incentive Program, Plaintiff believes that the payments owed to him as a result of his participation in the Incentive Program should have been higher, and that the above payments do not include all amounts that he is due under the Incentive Program.

62. Plaintiff is informed and believes that Class members are also similarly not being compensated for all "processed" and/or approved applications pursuant to the terms of the Incentive Program.

63. Upon information and belief, Defendants' failure to pay all sums owed for services rendered by Plaintiff and the Class members has occurred since before the beginning of the Class Period and is continuing.

## THE AIRLINES AND BANK OF AMERICA HAVE FAILED TO
## PROPERLY ACCOUNT TO PLAINTIFF AND CLASS MEMBERS

64. Neither the airlines nor Bank of America provides Plaintiff or Class members with any accounting of: the number of applications that have been submitted by the customers, Plaintiff, and Class members; the number of applications distributed by Plaintiff and Class members but submitted by customers; the number of applications Bank of America "processed"; and/or the number of applications Bank of America approved.

65. In addition, Plaintiff and Class members are expressly advised that "to protect applicant privacy, you cannot receive information on which applications were

1 | approved."

2 |     66.  It is clear that Bank of America is able to create reports regarding the
3 | applications submitted by each employee, and whether those applications were
4 | determined to be "processed" or "approved," and, in fact, does so in connection with
5 | the payments made to participants. The airlines also receive such data, as they are able
6 | to determine which participants qualify for prizes and drawings based on the number
7 | of applications that are "processed" or "approved."

8 |     67.  In fact, in the past, Plaintiff and Class members received monthly emails
9 | that detailed the number of applications received, those that were processed, approved,
10 | any bonus amounts that were earned, as well as a monthly total amount that would be
11 | paid to the employee under the Incentive Program. As alleged herein, Defendants no
12 | longer provide such itemization.

13 |
14 | **CLASS ACTION ALLEGATIONS**

15 |     68.  Plaintiff brings this action as a class action on behalf of the following
16 | defined Class:

17 |         All employees of Alaska Airlines and Horizon Airlines in the
18 |         United States who have participated, or currently are
19 |         participating, in the Incentive Program during the Class
20 |         Period.

21 |     69.  "Class Period" is defined as January 29, 2013 through the date that
22 | judgment is entered, based upon information and belief that the conduct described
23 | herein is continuing. Plaintiff herein reserves the right to amend this Second Amended
24 | Complaint to reflect a different Class Period as discovery in this matter proceeds.

25 |     70.  <u>Numerosity</u>: As of the end of 2010, Alaska Airlines had 9,013 full and
26 | part time employees and Horizon Airlines had 3,026 full and part time employees.
27 | Without knowing the exact number, Plaintiff is informed and believes, and on that
28 | basis alleges, that during the Class Period, thousands of Alaska Airlines and Horizon

Airlines employees in the United States have participated, or are currently participating, in the Incentive Program. As such, the members of the Class are so numerous that joinder of all members is impossible and/or impracticable.

71.   Commonality: Common questions of law, in fact, exist as to all members of the Class and predominate over any questions affecting solely individual members of the Class, including:

   a.   Whether Bank of America, Alaska Airlines and/or Horizon Airlines are required to account to Plaintiff and Class members related to the Incentive Program;

   b.   Whether outstanding amounts are owed to Plaintiff and Class members under the book account that was created between them and Defendants related to the Incentive Program;

   c.   Whether Defendants' failure to pay Plaintiff and Class members amounts owed to them as a result of their participation in the Incentive Program caused damages to Plaintiff and Class members;

   d.   Whether Defendants have received value for the services provided by Plaintiff's and Class members' participation in the Incentive Program; and

   e.   Whether Plaintiff and Class members are entitled to recover the reasonable value of the services furnished to Defendants.

72.   Typicality: Plaintiff's claims are typical of the claims of members of the Class. Plaintiff, like other members of the Class, participated in the Incentive Program, was subjected to Defendants' practices as set forth above, was never provided with an accounting, and has not been paid for all sums that he is owed.

73.   Adequacy of Representation: Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class action litigation.

74.   Questions of law or fact common to Class members predominate over any questions solely affecting individual Class members and class action is superior to

1   other available methods for the fair and efficient adjudication of this controversy.

2       75.    Class action treatment will allow a large number of similarly situated
3   Class members to simultaneously and efficiently prosecute their common claims in a
4   single forum without the needless duplication of effort and expense that numerous
5   individual actions would entail.

6       76.    In addition, a class action will serve the important public interest of
7   permitting Class members harmed by Defendants' unlawful policies and/or practices to
8   effectively pursue recovery of the sums owed to them.

9       77.    Plaintiff knows of no difficulty which will be encountered in the
10  management of this litigation which would preclude its maintenance as a class action.

11                          **FIRST CAUSE OF ACTION**

12                           **FOR AN ACCOUNTING**

13          **(Against All Defendants On behalf of Plaintiff and the Class)**

14      78.    Plaintiff hereby re-alleges, and incorporates by reference as though set
15  fully forth herein, the allegations contained in paragraphs 1 through 77.

16      79.    The Underlying Contract creates a fiduciary duty on the airlines and Bank
17  of America as respects payments owed to Plaintiff and Class members.

18      80.    The Incentive Program creates a fiduciary duty on the airlines and Bank
19  of America as respects payments owed to Plaintiff and Class members.

20      81.    Plaintiff's and Class members' participation in the Incentive Program also
21  imposes a duty on the airlines and Bank of America as respects payments owed to
22  Plaintiff and Class members.

23      82.    Plaintiff and Class members are not provided any information regarding
24  submitted applications.  Plaintiff and Class members do not know whether or how
25  many customers independently submitted applications Plaintiff and Class members
26  distributed.  Plaintiff and Class members do not know which applications Bank of
27  America "processed" and/or approved.  Nor do Plaintiff and Class members know
28  whether they have been properly compensated in the amounts paid to them (or

1    withheld from them) as a result.

2        83.    Plaintiff and Class members simply receive a lump-sum line item on their

3    wage statement listing a lump sum payment (if any), designated, for example, as

4    "BofA Visa," "BofA Visa Incentive," or, beginning in August of 2013, "Dollars-USA

5    CC Incentive," that purportedly reflects program payments from applications

6    submitted "approximately two months" prior and, beginning in May of 2013, also

7    includes amounts of cash prizes.

8        84.    The accounts of amounts to which Plaintiff and Class members are

9    entitled to under the Incentive Program, as well as the payments made to them on their

10   wage statements, are so complicated that an ordinary legal action demanding a fixed

11   sum is impracticable.

12       85.    Plaintiff and Class members have been advised that they cannot receive

13   information on which applications were approved.

14       86.    As a result, Plaintiff and Class members are vulnerable and the airlines

15   and Bank of America have been put in a position of power (and knowledge) which

16   prevents Plaintiff and Class members from effectively protecting themselves and their

17   entitlement resulting from their participation in the Incentive Program.

18       87.    As a result of Plaintiff's and Class members' participating in the Incentive

19   Program, some balance is due that can only be ascertained by an accounting, as no

20   adequate remedy is available to Plaintiff and Class members under law.

21       88.    As such, the airlines and Bank of America are required to provide an

22   accounting to Plaintiff and Class members.

23       WHEREFORE, Plaintiff requests relief as hereinafter provided.

24   / / /

25   / / /

26   / / /

27

28

**SECOND CAUSE OF ACTION**

**COMMON COUNT FOR THE REASONABLE VALUE**

**OF SERVICES RENDERED**

**(Against All Defendants On behalf of Plaintiff and the Class)**

100.   Plaintiff hereby re-alleges, and incorporates by reference as though set fully forth herein, the allegations contained in paragraphs 1 through 77.

101.   Bank of America, Alaska Airlines and Horizon Airlines have received value and consideration from the services of Plaintiff and Class members as a result of their participation in the Incentive Program.   When Plaintiff and Class members distribute and/or submit applications, Defendants obtain more customers and financial benefits.

102.   Defendants Bank of America, Alaska Airlines and Horizon Airlines knowingly accepted this consideration.

103.   Defendants have not paid Plaintiff and Class members for the reasonable value of their services during the Class Period.

104.   Defendants are indebted to Plaintiff and Class members for the reasonable value of services rendered, but not paid.

WHEREFORE, Plaintiff requests relief as hereinafter provided.

**THIRD CAUSE OF ACTION**

**COMMON COUNT FOR A BOOK ACCOUNT**

**(Against All Defendants On behalf of Plaintiff and the Class)**

105.   Plaintiff hereby re-alleges, and incorporates by reference as though set fully forth herein, the allegations contained in paragraphs 1 through 77.

106.   Within the past four years a book account was created between Defendants and Plaintiff and Class members as a result of Plaintiff's and Class members' participation in the Incentive Program for Defendants' benefit.

107.   Defendants owe money to Plaintiff and Class members on that account.

108.   The exact amount of this book account is unknown to Plaintiff who will

1   seek leave to amend this Complaint to state the amount when it has been ascertained.

2        WHEREFORE, Plaintiff requests relief as hereinafter provided.

3

4

5   ## PRAYER FOR RELIEF

6        WHEREFORE, Plaintiff prays for judgment as follows:

7   A.    An order that the action be certified as a class action, that Plaintiff be

8          appointed class representative and his counsel be appointed class counsel;

9   B.    An order that Defendants provide an accounting;

10  C.    For all sums owed to Plaintiff and Class members and/or for the

11         reasonable value of services furnished to Defendants by Plaintiff and

12         Class members;

13  D.    An order that Defendants provide the sums owed under the book account

14         relating to the Incentive Program;

15  E.    For interest accrued to date;

16  F.    For attorneys' fees and costs of suit; and,

17  / / /

18  / / /

19  / / /

20

21

22

23

24

25

26

27

28

SECOND AMENDED COMPLAINT AND JURY DEMAND

1     G.    For all such further relief that the Court may deem just and proper.

2

3  DATED: February 28, 2014       **MARLIN & SALTZMAN, LLP**

4                               **THE CIFARELLI LAW FIRM, LLP**

5

6                      By: _____

7                          Louis M. Marlin, Esq.

                             Stephen P. O'Dell, Esq.

8                             Attorneys for Plaintiff and the Class

9

### DEMAND FOR JURY TRIAL

10

     Plaintiff demands a trial by jury for himself, and all Class members, on all

11

claims so triable.

12

DATED: February 28, 2014       **MARLIN & SALTZMAN, LLP**

13                               **THE CIFARELLI LAW FIRM, LLP**

14

15                      By: _____

16                          Louis M. Marlin, Esq.

                             Stephen P. O'Dell, Esq.

17                             Attorneys for Plaintiff and the Class

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

ALASKA AIRLINES VISA SCRIPT

Announcement

Good [morning, afternoon, evening].

Did you know you could be earning miles for award travel to over 700 destinations? Sign up for our Mileage Plan today to start earning miles toward your dream vacation on Alaska Airlines or our 13 partners.

To earn miles faster, apply for the Alaska Airlines Visa Signature Card. You'll receive 25,000 miles upon approval plus an additional 1,000 miles for applying on board today.

You'll earn 1 mile per dollar on everyday purchases and 3 miles per dollar spent with Alaska Airlines.

You'll also receive our discounted annual coach companion fare. Save hundreds of dollars every year when you take a companion with you anytime to any destination we serve including Hawaii. The application provides details on companion fare pricing.

[On WA origin/destination flights only:] Husky or Cougar Fans can even choose a UW or WSU design.

We also have applications for our Canadian Platinum MasterCard and Visa Business card.

So stop us in the aisle for an application and join more than one million others who are enjoying the benefits of this card. Dream vacation, here you come!

Brought to you by:



Bank of America




MILEAGE PLAN

Rev 4/13

Exhibit 1
Page 19

## THE ALASKA AIRLINES CREDIT CARD PORTFOLIO THAT GIVE YOU THE WORLD

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Platinum MasterCard | Visa Business Card |
| **Bonus Miles** | 25,000 upon approval | 5,000 upon approval | 3,000 upon approval | 25,000 upon approval | 3,000 upon approval | 25,000 after first purchase |
| **Companion Fare or Discount** | Receive an annual Coach Companion Fare upon approval and yearly on enrollment anniversary from $118 (USD) ($99 base fare plus taxes and fees, from $19 depending on your Alaska Airlines flight itinerary) | $99 discount code upon approval and yearly on enrollment anniversary | None | Receive an annual Coach Companion Fare upon approval and yearly on enrollment anniversary from $118 (USD) ($99 base fare plus taxes and fees, from $19 depending on your Alaska Airlines flight itinerary) | None | Receive an annual Coach Companion Fare upon approval and yearly on enrollment anniversary from $118 (USD) ($99 base fare plus taxes and fees, from $19 depending on your Alaska Airlines flight itinerary) |
| **Mileage Earning** | • 3 miles per $1 spent on Alaska Airlines tickets, vacation packages, Cargo purchases, and in-flight purchases.<br>• One mile for every $1 on other purchases. | • 2 miles per $1 spent on Alaska Airlines tickets, vacation packages, Cargo purchases, and in-flight purchases.<br>• One mile for every $1 on other purchases. | One mile for every $1 in purchases. | • 3 miles per $1 spent on Alaska Airlines tickets, vacation packages, Cargo purchases, and in-flight purchases.<br>• One mile for every $1 on other purchases. | One mile for every $1 in purchases. | • 3 miles per $1 spent on Alaska Airlines tickets, vacation packages, Cargo purchases, and in-flight purchases.<br>• One mile for every $1 on other purchases. |
| **Board Room™ Benefits** | • $50 initiation fee discount. | None | None | • $50 initiation fee discount. | None | None |
| **Annual Fee** | $75 (USD) | $50 (USD) | $35 (USD) | $75 (CAD) | $45 (CAD) | • Company Level Earning Plan: $30 cooperative card; $5 individual card. All miles go to the Company Mileage Plan and can be redeemed by the business owner. Only the company account receives first-purchase Bonus Miles and Companion Certificate.<br>• Individual Level Earning Plan: $75/card. All miles go to individual cardholders. Each individual cardholder receives first-purchase Bonus Miles and Companion Certificate. |
| **Mileage Plan Dining Reward** | Automatic upon approval — earn up to five miles for every $1 spent at selected restaurants. | Automatic upon approval — earn up to five miles for every $1 spent at selected restaurants. | Automatic upon approval — earn up to five miles for every $1 spent at selected restaurants. | N/A | N/A | N/A |
| **Annual Mileage Cap** | None | None | None | None | None | None |
| **Preset Spending Limit** | No | Yes | Yes | No | Yes | No |
| **24/7 Concierge Service** | Yes | No | No | No | No | No |
| | For U.S. Residents Only | | | For Canadian Residents Only | | Small Business |

FOR INTERNAL USE ONLY — NOT SHOW TO CUSTOMERS

Exhibit 1
Page 20

# ALASKA AIRLINES VISA SCRIPT

Good _____ (morning, afternoon, evening) - We'd like to share an exciting offer for our Alaska Airlines Visa Signature card and our Canadian Platinum Plus MasterCard. For a limited time, you'll receive 25,000 bonus miles!  20,000 bonus miles upon approval and an additional 5,000 miles after spending $750.  Plus you will earn one mile for every dollar you spend. Best of all, these cards include an annual $99 companion certificate. Buy one ticket at the regular price and take someone with you for just $99 - plus taxes!

By signing up for the card you will be automatically enrolled in our award winning Mileage Plan program. Mileage Plan has more than 55 partners you can earn miles with, those miles can be used towards free travel to more than 700 destinations on Alaska Airlines or any of our 12 major airline partners.

We also have applications for our Bank of America small Business Visa card which earns 20,000 bonus miles. If you are interested, please ask as we walk through the cabin with applications.

**Bank of America**


*Alaska Airlines* MILEAGE PLAN

Rev. 10/09

Exhibit 1
Page 21

# EXHIBIT 2

# Go places with 25,000 Bonus Miles.



## GET ENOUGH MILES FOR AN AWARD TICKET UPON APPROVAL.

That's 25,000 Bonus Miles you can use for a round-trip airfare within the continental U.S., Alaska or Canada. Or put those miles toward travel with our 16 airline partners: Horizon Air, American Airlines,®‡‡ Air France, Air Pacific, British Airways, Cathay Pacific, Delta Air Lines, Era Alaska, Kenmore Air, KLM, Korean Air, LAN, Mokulele Airlines, PenAir, Qantas and Icelandair.

Request the Alaska Airlines Visa Signature® card to receive:†♦


- $99 (USD) round-trip Companion Ticket Discount Code upon approval and yearly on account anniversary
- Triple Miles on purchases of Alaska Airlines/Horizon Air tickets and Vacation Packages
- One mile for every dollar spent in everyday net purchases
- Two Board Room day passes upon approval

## TWO MORE GREAT CARD OPTIONS FOR YOU.

In addition to the Alaska Airlines Visa Signature® card, we also offer the Platinum Plus® and Preferred cards. These cards boast some pretty impressive benefits as well:

- 6,000 Bonus Miles for the Platinum Plus® card upon approval♦
- 4,000 Bonus Miles for the Preferred card upon approval♦

## WHERE TO FIRST? APPLY TODAY.

RETURN THE ATTACHED APPLICATION TO YOUR FLIGHT ATTENDANT and start earning miles just for using your Alaska Airlines Visa Signature card for everything from everyday purchases to trips and travel reservations. Or visit www.newcardonline.com or call 1.800.396.2384 using priority code VAAQ9Y.

† Please see the reverse side for rate, fee, and other cost information. All terms, including fees and the APRs for new transactions, are subject to change at any time, for any reason, in accordance with the Credit Card Agreement and applicable law.

Exhibit 2
Page 22

# Alaska Airlines Visa® Card Application

**Bank of America**

THE INFORMATION YOU PROVIDE ON THIS APPLICATION ENABLES US TO VERIFY YOUR IDENTITY AND ANSWER RELATED INQUIRIES. IF THE ADDRESS YOU PROVIDED WAS NOT A STREET ADDRESS, WE ARE REQUIRED TO OBTAIN A STREET ADDRESS.

**Important:** To ensure prompt processing, please print and fill out completely.

## 1

**Type of Account (Please select one only)**
- ☐ Alaska Airlines Visa Signature® card — VAAQ9Y 9G
  25,000 Bonus Miles - Annual Fee $75†
- ☐ Alaska Airlines Platinum Plus® Visa® card — VAAQ9Y 9N
  6,000 Bonus Miles - Annual Fee $50†
- ☐ Alaska Airlines Preferred Visa® card — VAAQ9Y 7U
  4,000 Bonus Miles - Annual Fee $35†

**Mileage Plan™ Membership Status (Please select one)**
- ☐ I am an Alaska Airlines Mileage Plan member.
  Here is my number: _____
- ☐ I am not currently a Mileage Plan member.
  Please enroll me at no cost.

If you do not qualify for the product you select, you may be offered one of the products listed below that product, if applicable. If you qualify for the product you select, however, you will receive that product even if you would also qualify for a higher level product. See the Conditions to the left for additional details. If no selection is made, you will receive the Alaska Airlines Visa Signature card.

## 2 Please tell us about yourself

First Name | MI | Last Name | JR/SR

Social Security Number/Tax Identification # | Date of Birth (MM/DD/YY)

Area Code & Phone Number | Are you a student: ☐ Yes ☐ No

Physical Address (No P.O. boxes) | Apt. #

City | State | ZIP | Email Address

☐ Own ☐ Rent  Monthly Payment  $_____  ☐ Parents/Relative ☐ Other  Country of Citizenship _____

## 3 Please tell us about your employment or source(s) of income

§Federal law requires that we collect income information to determine your ability to pay. Alimony, child support or separate maintenance income need not be revealed if you do not wish it considered as a basis for repayment.

Name of Current Employer or Business | Total Household Income §  $_____ , _____ 0 0

Area Code & Work Phone Number | Occupation

Your Annual Salary §  $_____ , _____ 0 0 | Additional Income §  $_____ , _____ 0 0 | Source of Additional Income §

## 4 Yes, I want a free additional card  Spouse ☐ Yes ☐ No

This information must be complete and in the proper format to ensure incentive credit.

First Name | MI

Last Name | JR/SR

Social Security Number‡  ____ - ____ - ____

**Alaska Airlines/Horizon Air Employee Information**
Place preprinted stickers below dotted line.

First Initial | Last Name
0 1

Arctic# (Alaska Airlines)
0 2

Employee ID# (Horizon Air)
Must be numeric only. One number per space. AS employees use line beginning with 01 followed by your Arctic; QX employees use line beginning with 02 followed by your Employee ID#.

Mail Code

## 5 Optional Credit Protection Plus™ Plan‡

I choose to enroll in the optional Credit Protection Plus™ Plan. By initialing below and returning this application, I acknowledge receipt of, and understand, the Credit Protection Plus Terms and Conditions. Credit Protection Plus can cancel my Bank of America credit card payment up to 18 Monthly Benefit Amounts in the event of Hospitalization, Disability, Involuntary Unemployment or Unpaid Family Medical Leave of Absence, or up to $25,000 in the event of death.

**Yes** _____ Initial here to accept

## 6

BY SUBMITTING THIS APPLICATION YOU AGREE TO THE CONDITIONS, DETAILS OF THE OFFER AND OTHER ACCOUNT INFORMATION ACCOMPANYING THIS APPLICATION AND TO BE BOUND BY EACH OF THE TERMS OF THE CREDIT CARD AGREEMENT. YOU AUTHORIZE US TO USE THE INFORMATION IN THIS APPLICATION, AND ANY OTHER INFORMATION WE OR OUR AFFILIATES HAVE ABOUT YOU TO DETERMINE YOUR ABILITY TO PAY, AS REQUIRED BY FEDERAL LAW.

**Signature for agreement**
X _____  Date _____
Applicant's Signature

‡See Important Terms regarding Optional Credit Protection Plus Plan | ARC05122-091310 | ©2010 Bank of America Corporation

*Moisten, fold, seal, and mail. Please do not tape or staple.*

Exhibit 2
Page 23

♦Bonus miles offer is 25,000 miles for approved Visa Signature® accounts, 6,000 miles for approved Platinum Plus® accounts or 4,000 miles for approved Preferred accounts. Bonus miles and applicable card benefits will be credited to your Alaska Airlines Mileage Plan™ account approximately one to two weeks after approval. 25,000 Bonus miles is enough for a round-trip Coach Saver award ticket in the continental U.S., Alaska or Canada on Alaska Airlines or Horizon Air when booked at alaskaair.com. Passenger is responsible for all taxes and fees, including U.S. Security Fee of $2.50 per enplanement and applicable checked baggage fees. Card benefits are subject to certain restrictions, limitations and exclusions. Please see Program Rules for full details.

♦♦**ALASKA AIRLINES MILEAGE PLAN TERMS AND CONDITIONS.** Earn one mile for every dollar of purchases less any credits, returns and adjustments ("Net Purchases"). With the Visa Signature® card, earn triple miles on the dollar amount of Net Purchases of Alaska Airlines/Horizon Air ticket and Vacation Packages. With the Platinum Plus® card, earn double miles on the dollar amount of Net Purchases of Alaska Airlines/Horizon Air ticket and Vacation Packages. Alaska Airlines or Horizon Air tickets sold through a travel agency as part of a cruise or tour package other than an Alaska Airlines Vacations package do not qualify for triple or double purchase miles. There is no limit to the number of miles to be earned with a Visa Signature, Platinum Plus or Preferred card. Miles are not earned on balance transfers, cash advances, including purchases of money orders or other cash equivalents, purchases made by or for a business or for a business purpose, unauthorized/fraudulent transactions, any bill payments made through online banking, fees or interest charges. All miles earned on the account will be credited to the primary cardholder's Alaska Airlines Mileage Plan account. No miles are earned if the Account is not in good standing (i.e., does not have active charging privileges). Your Visa card will be automatically enrolled in Mileage Plan Dining Rewards by Rewards Network and a Welcome Kit will be sent to you explaining your restaurant dining earning opportunities. Earn up to five miles per qualifying dollar spent at select restaurants. For a complete list of participating restaurants, visit www.mileageplan.rewardsnetwork.com. Miles will be posted from Mileage Plan Dining and will be reflected on your Mileage Plan statement.

Cardholders that qualify for the Visa Signature card will receive a $99 USD Companion Ticket discount code each year. Upon approval and on each anniversary, the cardholder will receive a discount code entitling the cardholder to purchase one round-trip Companion Ticket for $99 (USD) on Alaska Airlines and/ or Horizon Air when traveling with another passenger on a paid published airfare on the same itinerary, booked at the same time. Mileage credit is allowed on this offer. Passenger is responsible for all applicable taxes, surcharges and applicable checked baggage fees associated with the $99 Companion Ticket and award travel. For Visa Signature Cardholders, Alaska Airlines Board Room passes can be used at Alaska Airlines Board Rooms at select airports: Seattle, Los Angeles (LAX), San Francisco, Portland and Anchorage. Alaska Airlines reserves the right to revise Board Room hours of operation and limit the number of guests per room based on occupancy restrictions or adverse conditions at individual airport locations.

or conference room privileges. Board Room passes are nontransferable.

Cardholders that qualify for a Platinum Plus card will receive a $50 Discount Code offer each year. Upon approval and on each anniversary, the cardholder will receive a discount code entitling the cardholder to up to $50 off a published base fare round-trip or one way travel at alaskaair.com. One discount allowed per reservation. Not applicable to Award Reservations, Vacation packages, tour or contract fares. Any Discount Code value remaining after purchase is forfeited. Mileage Plan credit applies and upgrades are allowed. Passenger is responsible for all applicable taxes, fees, surcharges and applicable checked baggage fees.

If you are not a current Alaska Airlines Mileage Plan member, Alaska Airlines will enroll you into the Alaska Airlines Mileage Plan program when you become a cardholder. Alaska Airlines has the sole responsibility for the Mileage Plan program, which is subject to amendment or termination at any time. If no mileage is credited to an account during the first nine months after it is opened, or if an account is inactive for longer than two years, Alaska Airlines Mileage Plan reserves the right to delete an account or mileage and reassign the number. Once mileage has been deleted from an account, it will not be reinstated. See Program Guidelines and Award Chart at alaskaair.com for details regarding award mileage requirements. All other Mileage Plan terms and conditions found at alaskaair.com. Other terms and conditions may apply as stated in the Credit Card Agreement. We may change, add or delete terms of your account including, but not limited to, the benefits listed above.

♦♦♦Apply Inflight Bonus Miles—Complete and return this application to a Flight Attendant inflight and receive an additional 1,000 Bonus Miles upon approval.

‡‡American Airlines is a registered trademark of American Airlines, Inc.

**‡Important Information about Credit Protection Plus™**
Credit Protection Plus ("the Plan") is an optional product. Whether or not You purchase the Plan will not affect Your application for credit or the terms of any existing credit agreement You have with Us. You will receive additional information regarding Credit Protection Plus before you are obligated to pay for the Plan. This information will include a copy of the Addendum to the Cardholder Agreement, which is the contract containing all the terms of Credit Protection Plus.

• **Waiting period:** After you enroll in the Plan, there is a one-time, 60-day waiting period after the effective date before you can qualify for benefits for Involuntary Unemployment, Hospitalization & Disability, Family Leave of Absence and Loss of Life (except loss of life due to a protected accident). There is not a waiting period for life events (e.g., marriage/divorce, moving, etc.).

• **Benefits:** In return for a Monthly Program Fee, the Plan can provide up to 18 Monthly Benefit Amounts in the event you incur an approved Hospitalization, Disability, Involuntary Unemployment, or Family Medical Leave. You can also receive up to three (3) Monthly Benefit Amounts for any approved Life Event. In the event of Your Loss of Life, the Plan can cancel a lump sum equal to the outstanding balance on the Date of Loss or $25,000, whichever is less. The Monthly Benefit Amount is designed to cancel the Minimum Monthly Payment on your

Exhibit 2
Page 24

credit card account. Please refer to the Addendum to the Cardholder Agreement for additional details.

• **Cost:** The Monthly Program Fee is 95 cents per $100 of Your Monthly Outstanding Balance up to $25,000. For Your convenience, the fee is automatically billed to Your credit card account. During months when there is no balance and no activity on Your credit card statement, there is no charge for the Plan that month.

• **Eligibility Exclusions:** There are eligibility requirements, conditions and exclusions that could prevent You from receiving benefits under the Plan. Please refer to the Addendum to the Credit Card Agreement for a full explanation of all requirements, conditions and exclusions.

• **Termination:** If, at any time during the first thirty (30) days after the date Your protection begins, You cancel the optional Plan, all Plan fees billed to Your account will be refunded via a credit to the protected card. You have the right to cancel the Plan at any time by making a telephonic or written request to the Plan Administrator. The Plan will automatically terminate under the following circumstances: You no longer have the Enrolled Account; Your Enrolled Account is closed due to account charge-off; You suffer a Loss of Life; Your Enrolled Account becomes four (4) payments past due, You enter into a repayment plan for the Enrolled Account, or You conduct or attempt to conduct fraud relating to Plan benefits. We can cancel the Plan at any time.

**The Plan Administrator is CSI Processing, LLC, at Credit Protection Plus, P.O. Box 34888, Omaha, NE 68134-0888; 1.888.668.6938, Monday through Friday, 7 a.m. to 10 p.m., and Saturday, 8 a.m. to 4:30 p.m., Central.**
AR94502-090810

This information was accurate as of 11/2010 and may have changed. For current information, call toll-free at 1.866.438.6262. The Bank of America® Privacy Policy is available at www.bankofamerica.com and accompanies the credit card.
BAC.ABP.P2P.#S.1209

This credit card program is issued and administered by FIA Card Services, N.A. Any account opened in response to this application shall be governed by the laws of the State of Delaware. Visa and Visa Signature are registered trademarks of Visa International Service Association, and are used by the Issuer pursuant to license from Visa U.S.A. Inc. Credit Protection Plus is a trademark and Platinum Plus is a registered trademark of FIA Card Services, N.A. Bank of America and the Bank of America logo are registered trademarks of Bank of America Corporation.
MCand/orVisa.0910

Exhibit 2
Page 25

©2010 Bank of America Corporation
NOV2010

ARC05122-091310
TO-11-10-0093

# †Details of Rate, Fee and Other Cost Information

As required by law, rates, fees, and other costs of this credit card offer are disclosed here. All account terms are governed by the Credit Card Agreement. Account and Agreement terms are not guaranteed for any period of time; all terms, including fees and the APRs for new transactions, may change in accordance with the Agreement and applicable law. We may change them based on information in your credit report, market conditions, business strategies, or for any reason. You should thoroughly review all the materials in this package so that you are fully informed about your credit card loan.

## Interest Rates and Interest Charges

| Annual Percentage Rate (APR) for Purchases | **12.74%** Standard APR for Visa Signature® accounts, **13.24%** Standard APR for Platinum Plus® accounts, or **14.24%** Standard APR for Preferred accounts, based on your creditworthiness when you open your account. After that, your APR will vary with the market based on the Prime Rate as set out in the Variable-Rate Information section of your Agreement. |
|---|---|

Exhibit 2
Page 26

| | |
|---|---|
| | Plus accounts, or **14.24%** Standard APR for Preferred accounts, based on your creditworthiness when you open your account.<br><br>After that, your APR will vary with the market based on the Prime Rate. |
| **APR for Cash Advances** | **24.24%** Standard APR for Direct Deposits, Check Cash Advances, ATM Cash Advances, Bank Cash Advances, Overdraft Protection and Cash Equivalent transactions. *See footnote [1] for explanation.*<br><br>This APR will vary with the market based on the Prime Rate. |
| **Penalty APR** | **None** |
| **How to Avoid Paying Interest on Purchases** | Your due date is at least 25 days after the close of each billing cycle. We will not charge you any interest on purchases if you pay your entire balance by the due date each month. |
| **Minimum Interest Charge** | If you are charged interest, the charge will be no less than $1.50. |
| **For Credit Card Tips from the Federal Reserve Board** | To learn more about factors to consider when applying for or using a credit card, visit the website of the Federal Reserve Board at **http://www.federalreserve.gov/creditcard**. |

| Fees | |
|---|---|
| **Annual Fee** | For Visa Signature accounts: **$75**<br>For Platinum Plus accounts: **$50**<br>For Preferred accounts: **$35** |
| **Transaction Fees** | |
| • Purchases | Purchases of wire transfers from a non-financial institution:<br>Either **$10** or **4%** of the amount of each transaction, whichever is greater. |
| • Balance Transfers | Either **$10** or **4%** of the amount of each transaction, whichever is greater. |
| • Cash Advances | Either **$10** or **4%** of the amount of each transaction, whichever is greater(except as noted below).<br><br>Overdraft Protection Cash Advances (if enrolled): **$10** for each transaction (not assessed if checking account overdrawn by less than $10). |
| • Foreign Transactions | Transactions made in a foreign currency and transactions made in U.S. Dollars that are processed outside the United States:<br>**3%** of the U.S. Dollar amount of each transaction. This fee will be in addition to any other applicable fee. |
| **Penalty Fees** | |

Exhibit 2
Page 27

| · Late Payment | Up to $35 |
| · Returned Payment | Up to $25 |

**How We Will Calculate Your Balance:** We use a method called "average daily balance (including new purchases)."

**If your account has balances with different APRs, the amount of your payment equal to the Total Minimum Payment Due is applied to the balance with the lowest APR before any payments are applied to balances with higher APRs. Any amount of your payment that is greater than the Total Minimum Payment Due is applied to the balances with the highest APR before being applied to balances with lower APRs. Payments received by 5 p.m. local time at our payment processing facility will be credited as of that day to your account.**

¹ Cash Equivalent transactions are defined as money orders, foreign currency, and travelers checks from a non-financial institution, person to person money transfers, bets, lottery tickets, casino gaming chips and bail bonds.

More Information about Penalty Fees

If your Total Minimum Payment Due is not received by your payment due date, a Late Payment Fee of $35 will be assessed; $35 for subsequent occurrences that are within 6 billing cycles of a previous occurrence. However, the Late Payment Fee will not exceed the total minimum payment that was due. If your balance is $100 or less on the payment due date, we will not assess Late Payment Fee. The Returned Payment Fee will not exceed the total minimum payment that was due.

11t0-MSR-VSIG_DD-V-3-RTP-NP-3AF-NT

## CONDITIONS

You have read the accompanying application, and everything you have stated is true. You are at least 18 years of age or you are at least 21 years of age if a permanent resident of Puerto Rico. You authorize FIA Card Services, N.A. (hereinafter "us" or "our") to review your credit and employment histories and any other information in order to approve or decline this application, service your account, and manage our relationship with you. You consent to our sharing of information about you and your account with Alaska Airlines. You authorize us to share with others, to the extent permitted by law, such information and our credit experience with you. In addition, you may as a customer later indicate a preference to exempt your account from some of the information-sharing with other companies ("opt-out"). If you accept or use an account, you do so subject to the terms of this application, the "Details of Rate, Fee and Other Cost Information" and the Credit Card Agreement, as it may be amended. You also agree to pay all charges incurred under such terms. Any changes you make to the terms of this application will have no effect. You understand that if your application is approved for an account with a credit line of $5,000 or greater, you will receive a Visa Signature® account; if your credit line is less than $5,000 but greater or equal to $2,000, you will receive a Platinum Plus® account; if your credit line is less than $2,000, you will receive a Preferred account. The APRs and benefits for Platinum Plus accounts and Preferred accounts are different from each other and from Visa Signature/World MasterCard accounts. You accept that on a periodic basis your account may be considered for automatic upgrade at our discretion. You consent to and authorize us, any of our affiliates, or our marketing associates to monitor and/or record any of your phone conversations with any of our representatives.      MSR-VSIG/WMC-PL-PR-RTP.091C

Exhibit 2
Page 28

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES



## BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 34    EL PASO, TX

POSTAGE WILL BE PAID BY ADDRESSEE.

NEW ACCOUNT ACCEPTANCE CENTER
PO BOX 981054
EL PASO TX 79998-9937



Go places with
25,000 Bonus Miles.





MILEAGE PLAN

**Alaska Airlines** Visa Signature® Card

RETURN THE ATTACHED APPLICATION TO
YOUR FLIGHT ATTENDANT AND RECEIVE **1,000**
ADDITIONAL BONUS MILES UPON APPROVAL♦♦♦

Exhibit 2
Page 29

**EXHIBIT 3**

# If you can dream it...



Go ahead—picture yourself anywhere.

**The Alaska Airlines Platinum Plus MasterCard credit card** can help you turn that picture into reality. Use the card to earn free travel to more than 700 picture-perfect destinations on six continents on any of Alaska Airlines' 15 airline partners:

Horizon Air, Air France, American Airlines*, British Airways, Cathay Pacific, Air Pacific, Delta Air Lines, Era Alaska, Kenmore Air, KLM, Korean Air, LAN Airlines, Mokulele Airlines, PenAir and Qantas

## Carry the card that carries you places.

**The world awaits — get 25,000 Bonus Miles‡.** That's enough miles for a free round-trip Coach Saver award ticket anywhere Alaska Airlines flies in the continental U.S., Alaska or Canada when you book at alaskaair.com. Or use those miles with our 15 airline partners to visit more than 700 destinations worldwideᴬ.

Choose the Alaska Airlines Platinum Plus MasterCard credit card and you will receive:

- **$99 (USD) round-trip Companion Ticket** upon approval, and yearly on enrollment anniversaryᴮ
- **Triple Miles** on purchases of Alaska/Horizon Air tickets and vacation packages‡
- **1 mile** for every dollar spent on everyday qualifying net retail purchases‡
- **2 Board Room passes** upon approval

In addition to the Platinum Plus card, we offer the Preferred MasterCard credit card, which provides 3,000 Bonus Miles upon approval‡.

## Apply today.

Complete and mail the attached application or **call toll-free 1.877.428.6060ª** **and quote priority code CJWS for Platinum or CJWT for Preferred,** Monday-Friday 9 a.m. – 9 p.m., Saturday 10 a.m. – 6 p.m. Eastern Time. **To apply online, visit www.myalaskacard.com/canada**

Exhibit 3
Page 30

**COMPLETE AND RETURN THIS PERSONAL REQUEST FORM**

## The Alaska Airlines MasterCard® credit card

Type of Account (Please select one)

☐ Alaska Airlines Platinum Plus MasterCard credit card  ☐ Alaska Airlines Preferred MasterCard credit card

Priority Code CJWS E-U6  Priority Code CJWT E-WC

Mileage Plan™ Membership Status (Please select one)

### Alaska Airlines/Horizon Air Employee Information

Place preprinted stickers above dotted line.

| Prefix | 0 | | | | Initial | | Last Name | | | | | | |

| | 0 | 2 | | | Artdesk (Alaska Airlines) | | | |

Employee ID# (Horizon Air)

Mail Code

**1 MANDATORY INFORMATION REQUIRED FOR PROCESSING**

Full Legal Name (first name/middle initial/last name)

Birth Date (MM/DD/YYYY)

Permanent Mail Address

Do you ☐ Own ☐ Rent ☐ Other  Monthly Housing/Rent Payment

Home Phone #

How long is your current address? (YY/MM)

Employment Status ☐ Student ☐ Part-time ☐ Self-Employed ☐ Homemaker ☐ Retired ☐ Unemployed ☐ Student

Source of Other Household Income

Mother's Maiden Name (for Security Purposes)

Graduation Year  2 0

**2 IMPORTANT INFORMATION FOR ACCURATE PROCESSING**

Social Insurance # (optional)   Work Phone #

Email Address (optional)

Do you have any other card? ☐ Visa ☐ MasterCard ☐ Store Card ☐ Credit Union ☐ MBNA ☐ Other

**3 ENHANCEMENTS TO YOUR ACCOUNT (Optional)**

| Balance Transfer Request | Make transfer payable to | Balance Protection YES |
| Dollar Amount | Account Number/Card Number | CreditWise |

Consent To Credit Limit Increases
☐ YES

**4 PLEASE READ AND SIGN BELOW**

☐ YES, I have completed all fields in STEP 1 (Failure to have all the mandatory fields completed will result in an incomplete application and will not be processed).

Moisten, fold, seal, and mail. Please do not tape or staple.

Exhibit 3
Page 31



# Alaska Airlines Platinum Plus MasterCard

## Get 25,000 Bonus Miles*

**‡ IMPORTANT INFORMATION ABOUT THE OPTIONAL MBNA CREDITWISE® PLAN**

You must be enrolled in MBNA CreditWise to obtain benefits and be a Canadian resident. Only one cardholder per Account is eligible to enroll and will be insured for benefits. You are not eligible for the optional MBNA CreditWise plan if your Account is greater than 90 days past due. Your certificate(s), which indicate(s) your effective date of coverage, will explain all benefits and terms of coverage, and will be mailed to you upon enrollment. In the meantime, if you would like to retain this important information about the optional MBNA CreditWise plan, please make a photocopy prior to mailing your completed application. You may cancel this coverage at any time and with no obligation within 30 days of receipt of the certificate(s). Critical Illness, Involuntary Unemployment, Loss of Self-Employment, and Disability coverage terminate at age 70 while Accidental Death and Accidental Dismemberment coverage continue beyond the age of 70. The maximum benefit will equal the insured indebtedness (excluding any past due amounts or amounts over your credit limit) up to $30,000. The monthly benefit will equal the minimum monthly payment on your Account from your date of loss.

### BENEFITS AND TERMS

**Involuntary Unemployment and Disability:** Payments will be made for up to 24 full months, or until you return to work, or until you receive the maximum benefit, whichever comes first. Benefits begin after the 30th consecutive day of unemployment or disability and are retroactive to the first day of loss. For unemployment coverage, you must be gainfully employed at least 30 hours a week for an employer other than yourself for a period of 90 consecutive days prior to the date of loss.

**Loss of Self-Employment:** Payments will be made for up to 6 full months (maximum monthly payment $600). To be eligible you must be self-employed and your incorporated business must be forced into creditor induced bankruptcy evidenced by a court document. You must remain unemployed from gainful employment (working for an employer or being self-employed at least 30 hours per week) for more than 30 consecutive days. The business must be incorporated for a period of 24 consecutive months prior to your date of loss.

**Accidental Death Insurance/Accidental Dismemberment/Critical Illness:** For accidental death, the benefit will be made in the amount of your insured indebtedness at the time of death. For accidental dismemberment benefit, the payment will be made in the amount of the insured indebtedness at the time of the accident for the total and irrevocable loss of a hand at or above the wrist, a foot at or above the ankle, or the sight in one eye. For the critical illness benefit, the payment will be made in the amount of the insured indebtedness at the time of diagnosis for heart attack, stroke, cancer, coma, coronary artery disease (bypass surgery only), major organ transplant, multiple sclerosis, muscular dystrophy, paralysis, renal failure, Alzheimer's or total blindness.

### GENERAL

**Exclusions** which may vary by coverage, include: retirement, voluntary resignation, pregnancy or childbirth, bankruptcy within the first 12 months of the effective date, intentionally self-inflicted injuries, suicide, bacterial infection, certain pre-existing conditions within the first six months, a total disability beginning within the first six months of coverage as a result of a condition that requires medical diagnosis or treatment during the six month period immediately proceeding the effective date of coverage, elective abortion, mental illness or drug/alcohol addiction or use, loss due to war or riot, riding in an aircraft for aerial navigation, intoxication, loss caused by or resulting from the use of taking any narcotic, barbiturate or any prescription drug unless taken or used as prescribed by a physician, disease or condition first diagnosed within 60 days from the effective date or diagnosed with a covered disease prior to the effective date and have not completed a period of 180 days free of all symptoms, medical treatment/services including taking drugs/medicine for such disease or condition, committing or attempting to commit a crime, non-invasive cancer in-situ, Karposi's sarcoma, Stage 1 Hodgkin's Disease, any skin cancer other than malignant melanomas and localized non-invasive tumors.

**Cost:** $0.99 per $100 per month of the greater of your insured cycle-ending balance, average daily balance or balance subject to finance charge plus applicable taxes, to a maximum of $20,000.

**Underwriters:** The optional MBNA CreditWise Plan is underwritten by American Bankers Insurance Company of Florida and the American Bankers Life Assurance Company of Florida, Assurant Solutions™ companies of North York, Ontario under policy forms WFR1 (9/05) R and LUZ (9/05) R. MBNA receives compensation from the Underwriters in connection with the CreditWise Plan. For claims inquiries, please call 1.800.340.4717.                                                    Rev. 08/06

**For current information on our credit cards, please call 1.877.428.6060.**

### OTHER IMPORTANT INFORMATION

The information box on this application sets out our current rates as at the date specified above the information box. At an 18.99% annual interest rate, a $100 balance would accrue a monthly interest charge of $1.61. At a 19.99% annual interest rate, a $100 balance would accrue a monthly interest charge of $1.70. For the purposes of the above illustration only, calculations in each case are based on an average daily balance of $100 and no grace period.

▲ Bonus Miles and other applicable card benefits will be applied to your Alaska Airlines Mileage Plan™ account 8–10 weeks after your account is opened. Offer valid for a limited time only and subject to change without notice.

§ Passenger is responsible for all taxes and fees, including U.S. Security Fee of $2.50 per enplanement and applicable checked baggage fees. Card benefits are subject to certain restrictions, limitations and exclusions. Visit myalaskacard.com/canada for full details.

Please see inside for rate, fee, and other cost information. All terms, including the APRs and fees, are subject to change at any time, for any reason, in accordance with the Credit Card Agreement and applicable law.

* As a MasterCard credit card cardholder, you will receive the benefit of Zero Liability in the event of the unauthorized use of your Canadian-issued MasterCard credit card. Zero Liability is provided under specific conditions; see www.mastercard.com/ca/personal/en/mastercardsecurity/zero_liability.html or your Account Agreement for details.

** Certain restrictions apply to this benefit and others described in the materials sent soon after your Account is opened. Preferred card customer benefits differ from Platinum Plus card customer benefits.

⊕ By telephoning to apply for an Alaska Airlines MasterCard credit card, you acknowledge your agreement to the conditions set out on this form, including those above the signature line on the reverse of this application.

### ‡ ALASKA AIRLINES MILEAGE PLAN TERMS AND CONDITIONS

Earn one mile for every dollar of purchases less any purchase credits other than payments ("Net Purchases"). With the Platinum Plus card, earn Triple Miles on dollar amount of Net Purchases of Alaska Airlines/Horizon Air ticket and Vacation purchases. Alaska Airlines or Horizon Air tickets sold through a travel agency as part of a cruise or tour package other than an Alaska Airlines Vacations package do not qualify for triple purchase miles. There is no limit to the number of miles to be earned with the Platinum Plus card. Miles are not earned on balance transfers, cash advances, including purchases of money orders or other cash equivalents, purchases made by or for a business or for a business purpose, unauthorized/fraudulent transactions, fees, finance charges, or other charges. All miles earned on the account will be credited to the primary cardholder's Alaska Airlines Mileage Plan account. No miles are earned if the Account is in default as defined in the Credit Card Agreement. Your MasterCard will be



MILEAGE PLAN

automatically enroll you in the Alaska Airlines Mileage Plan. A Mileage Plan Kit will be sent to you explaining your restaurant dining earning opportunities. Earn up to five miles per qualifying dollar spent at select restaurants. For a complete list of participating restaurants, visit www.mileageplan.rewardsnetwork.com. Miles will be posted from Mileage Plan Dining Rewards and will be reflected on your Mileage Plan statement. The $99 USD Companion Certificate entitles the cardholder to purchase one round-trip Companion Ticket for $99 on Alaska Airlines and/or Horizon Air when traveling with another passenger on a paid published airfare on the same itinerary, booked at the same time. Mileage credit is allowed on this offer. Passenger is responsible for all applicable taxes, fees and surcharges associated with the $99 Companion Certificate and award travel. Fare does not include Airport Passenger Facility Charges of up to $18 (amount depends on itinerary), federal segment tax of $3.30 per segment (takeoff and landing), and U.S. Security Fee of up to $10 ($2.50 per enplanement) and applicable checked baggage fees. Fare to Mexico or Canada does not include the following: To Mexico: U.S. International departure and transportation taxes of up to $58, Mexico visitor's tax of $20 (fluctuates with dollar-peso exchange rate). To Canada: Airport improvement fee up to $35 (varies by airport), Canadian Security Fee of $9 (fluctuates with exchange rate), U.S. immigration fee of $7, and Canadian Goods and Services Tax (GST) of less than $2 (varies by airport). Taxes and fees subject to change. All taxes and fees stated in U.S. dollars. Alaska Airlines Board Room passes can be used at Alaska Airlines Board Rooms in the following select airports: Seattle, Los Angeles (LAX), San Francisco, Portland, and Anchorage. Alaska Airlines reserves the right to revise Board Room hours of operation and limit the number of guests per room based on occupancy restrictions or adverse conditions at individual airport locations. Use of Board Room guest pass does not include guest or conference room privileges. Board Room passes are nontransferable. Bonus Miles and applicable card benefits will be applied to your Alaska Airlines Mileage Plan approximately 8-10 weeks after your account is opened. The number of Bonus Miles varies on the card type as follows: 25,000 Bonus Miles for Platinum Plus cards and 3,000 Bonus Miles for Preferred cards. This is a one-time, limited offer for new cardholders that apply and are approved for an Alaska Airlines Platinum Plus MasterCard credit card account. Cardholders that qualify for this offer will earn 25,000 Bonus Miles in addition to any Bonus Miles they would otherwise earn under the Alaska Airlines credit card program terms and conditions. Such Bonus Miles will be credited to a Cardholder's Alaska Airlines Mileage Plan™ account 8-10 weeks after approval. 25,000 Bonus Miles valid for a round-trip Coach Saver award ticket in the continental U.S., Alaska or Canada on Alaska Airlines or Horizon Air when booked at alaskair.com. If you are not a current Alaska Airlines Mileage Plan member, Alaska Airlines will enroll you into the Alaska Airlines Mileage Plan program when you become a card member. Alaska Airlines has the sole responsibility for the Mileage Plan program, which is subject to amendment or termination at any time. If no mileage is credited to an account during the first nine months after it is opened, or if an account is inactive for longer than two years, Alaska Airlines Mileage Plan reserves the right to delete an account or mileage and reassign the number. Once mileage has been deleted from an account, it will not be reinstated. See Program Guidelines Award Chart at www.alaskaair.com for details regarding award mileage requirements. All other Mileage Plan terms and conditions found at www.alaskaair.com. Other terms and conditions may apply as stated in the Credit Card Agreement. We may change, add or delete terms of your account including, but not limited to, the benefits listed above.

### *BALANCE TRANSFER TERMS

Balance transfers will be fulfilled in the order listed and are treated as balance transfers in accordance with your Account Agreement. The total value of balance transfers cannot exceed your authorized credit limit. If the value is greater, MBNA Canada Bank may send a partial payment to the named creditor. AS INDICATED IN THE INFORMATION BOX ON THIS APPLICATION, THERE WILL BE A TRANSACTION FEE EQUAL TO 1% OF THE DOLLAR AMOUNT OF ANY BALANCE TRANSFER INITIATED WITH THIS APPLICATION. A MINIMUM FEE OF $7.50 WILL APPLY. Balance transfers (including cheque cash advances) may not be used to pay off or pay down any MBNA Canada Bank account and, at our discretion, any account established or maintained by any of our affiliates.

### TERMS AND CONDITIONS OF OFFER

This offer is only available to residents of Canada who are at least the age of majority in the province or territory in which they reside. MBNA Canada Bank ("we" or "us") reserves the right to withdraw this offer at any time, even if accepted by you, and to decline establishing an account for you if we become aware that any information provided in this application is inaccurate or there has been an adverse change in your financial position.

You (the "Primary Applicant") hereby request that we establish an account in your name as the Primary Cardholder for the product offered, or if multiple products are offered, for the product selected, on the basis of the information provided in this application, or such other account as we may approve, and send you renewals, substitutes, or replacements periodically ("Account"). You further hereby request that, if your application for an MBNA Platinum Plus Account is not approved, then this application shall be considered as your request for an MBNA Preferred Account, if available. If we are unable to fulfill your request to establish an Account, then you expressly authorize us to use your application and contact you to discuss consumer loan products that we wish to make available to you. If your application is approved, you hereby agree to comply with and be bound by the agreement and other disclosure documents ("Account Agreement") relating to the Account, as well as our Privacy and Personal Information Protection Notice, all as may be amended from time to time, current copies of which will be sent to you upon approval. You agree that if you sign, use or accept your Account, it will mean that you have requested and received the card, Account, Account Agreement and Privacy Notice, and that you understand and agree with us to everything written there and here. If you have granted certain individuals (each, an "Authorized User") the right to use your Account, you understand that you are fully responsible for all charges (including transaction fees) on your Account related to activity by an Authorized User.

### PRIVACY TERMS

Read these PRIVACY TERMS thoroughly as they relate to important matters dealing with privacy of your Personal Information. They include your consent to collection, disclosure, use and processing of your Personal Information for the purposes identified.

You understand that to evaluate your credit application and to continue monitoring your credit status, as well as your ongoing eligibility for credit and for the other purposes noted below, MBNA Canada Bank, including our affiliates and any of our respective employees, agents and service providers will have access to Personal Information about you and any Authorized Users and others and any other individual whose Personal Information you provide to us. "Personal Information" is any information relating to an individual which allows that individual to be identified.

The Personal Information we collect from time to time may include:

- information to identify you such as name, date of birth, contact information, government issued documentation details (for example, a driver's licence), and your background (for example, occupation, salary);
- information for the provision of products and services (for example, language and other preferences, and information on a loyalty or reward program attached to your product); and
- information relating to transactions arising from your relationship with or through us (depending on the product or service, this may include purchase details and details about how you make payments to us or use our products to make payments to others).

---

reporting agency information and for security verification and account maintenance purposes. We collect information from various sources, including from you directly through applications, correspondence or other communications, through the products and services you use, from others with your consent set out below (such as credit reporting agencies and other lenders) and other permitted sources.

We review and analyze information in various ways. For example, when we monitor transactions we use proprietary techniques to help identify transactions that may be of risk from a credit, fraud or money laundering and terrorist financing perspective. This involves our understanding you and your ordinary use of our products and services in order to identify unusual activity or to detect suspicious patterns or connections.

**MBNA Canada Bank collects, discloses, uses and processes Personal Information to:**

(a) open, monitor, maintain, service, process, analyze, audit and collect any account you may have with us, including disclosing or exchanging Personal Information with credit reporting agencies, to develop our relationship with you, and to offer financial products and services, including evaluating the needs, wants and satisfaction levels of our customers and managing our business;

(b) administer services, monitor your purchases, transactions, Account balances, fees, payment history, parties to transactions, payments, credit card usage and evaluate your credit eligibility, for the purposes set out in this notice;

(c) verify your identity or that of any Authorized User and maintain security measures aimed at protecting you from identity theft, fraud, money laundering and terrorist financing and unauthorized access to your Account;

(d) meet legal, security, processing and regulatory requirements, including Canadian federal and provincial requirements and foreign requirements applicable to us or any of our affiliates or service providers; and/or for any purpose required by law and law enforcement;

(e) promote and market products and services offered by MBNA Canada Bank, or by carefully selected companies, which are directly related to the Account (such as balance transfers and alternative payment methods), including by means of direct marketing through ordinary mail, e-mail, telephone and/or other available communication channels (for example, wireless device, land line telephone, fax machine or a data terminal) at the coordinates you have provided us; we may also send you special offers with your statements or in separate mailings that include personal cheques to access your Account;

(f) promote and market products and services offered by selected companies (also known as secondary marketing), such as, but not limited to long distance or cellular telephone service, credit insurance, and card registry services including by means of direct marketing through ordinary mail, e-mail, telephone and/or other available communication channels (for example, wireless device, land line telephone, fax machine or a data terminal) at the coordinates you have provided us;

(i) if your Account is issued and serviced by MBNA Canada Bank as part of an endorsing financial institution, such as your local bank or credit union, to share all Personal Information collected by MBNA Canada Bank with such financial institution including its agents and/or brokers.

In addition, Authorized Users may view, obtain or be provided with information about your Account, including transactions, through online banking, through interactive voice response units, or through communications with MBNA Canada Bank, including disclosures initiated by MBNA Canada Bank in respect of possible unauthorized Account activity or for other reasons. Personal Information held by or on behalf of MBNA Canada Bank by or through our affiliates, agents and/or service providers may be located in the United States or other countries outside of Canada and will be subject to the same levels of security as those described in our Privacy and Personal Information Protection Notice, while also being subject to the laws of the jurisdiction in the country in which the information is held. See below for how to obtain a copy of this Notice.

**Consent to the use of Personal Information**

You consent to our collection, disclosure, use and processing of Personal Information about you for the purposes described above. You consent to receive telemarketing communications from us, our affiliates and any of our respective agents and service providers at the numbers provided on and in connection with your application and all other numbers that may be provided by you to us from time to time, notwithstanding the registration of any such numbers on the National Do Not Call List. You authorize third parties to give us Personal Information about you for these purposes. If you provide us with Personal Information about any other individual (including any Authorized User), you confirm that the individual (i) has consented to our collection, disclosure, use, and processing of that information for these purposes as reasonably required (provided that all these purposes will apply to Authorized Users), and (ii) authorizes third parties to give us Personal Information about that individual for those purposes. If you provide an e-mail address, we may also send customer service and collection notices. We may use Personal Information in our records for as long as it is needed for the purposes described above even after our relationship with you has ended.

Your choices: You may ask to be suppressed from offers under paragraphs (e) and (f) above at any time after your Account has been opened by calling MBNA Canada Bank at 1.866.845.0080 or in writing to our Privacy Officer at the address indicated below. We cannot accept suppression requests via e-mail — customer must call or notify us in writing. Suppression request instructions are accepted from the Primary Customer only. All suppression requests shall be valid for a period of 3 years and 31 days from the date they are received. You will receive no offers under paragraphs (e) and (f) for the first 30 days after the opening of your Account to provide you with the opportunity to make your privacy choice known to us. You understand that if you withdraw consent at any time to the evaluation of your credit application, to the monitoring of your credit status or your ongoing eligibility for credit, MBNA Canada Bank may no longer be able to maintain your Account. MBNA Canada Bank will process your request within five (5) business days but you understand that it may take 90 days for full effect for marketing by means of ordinary mail and 31 days for full effect for marketing by means of telecommunication as marketing campaigns may already be in process. This will not limit information we may provide to you in statements or when you contact us.

Your right to access your Personal Information: To request access to your Personal Information in our possession, subject to any legal restrictions, or make corrections to it, you may write to us at: MBNA Canada Bank, Privacy Office, P.O. Box 9960, Station T, Ottawa, ON, K1G 6M8.

Our privacy policies: To obtain more information about our policies and procedures in protecting your privacy, visit our website at http://www.mbna.ca/privacy.html or call us at 1.888.404.1319 to request a then current copy of our "Privacy and Personal Information Protection Notice".

©2011 MBNA Canada Bank                                        TO-02-11-0267

Exhibit 3
Page 33

## APPLICATION—INFORMATION BOX

The following is a summary of certain terms of the Account Agreement that will apply to your credit card and the related account if you apply. You will receive the full Account Agreement if your application is approved. The following information is current as of **March 2011** and is subject to change. For current information, please call **1.877.428.6060**. Unless otherwise indicated, the information set out below is the same for each card product (for example, Interest-Free Grace Period).

| Annual Interest Rates | The following interest rates will apply on the day your account is opened: |
|---|---|
| Introductory Rate | Promotional rate on balance transfers including cheque cash advances: **None** |
| Standard Rate | Purchases: **18.99%**<br>Balance transfers (including cheque cash advances): **19.99%**<br>Cash advances (including cash equivalents): **19.99%** |
| Default Rate | Your interest rates will increase by **5%** if your payment is late more than once within **12** consecutive billing cycles. If you then pay each minimum payment on time for **12** consecutive billing cycles following the rate increase, your then existing interest rates will decrease by **5%**. |
| Interest-Free Grace Period | You will have an interest-free grace period on new purchases of at least **21 days** if you pay in full the balance shown on your statement by the due date. There is no interest-free grace period for balance transfers, cash advances or cash equivalent transactions. |
| Minimum Payment | Your minimum payment will be the sum of the current payment due plus the past due amount subject to a **minimum of $15**. The current payment due will be the sum of: (1) **1%** of your balance (excluding any new interest charges); **plus** (2) **all new interest charges**. If your balance is less than **$15**, the minimum payment will equal the balance. |
| Foreign Currency Conversion | We will bill you for all transactions in Canadian dollars. Any transaction made in a foreign currency will be converted to Canadian dollars using the currency conversion rate established by MasterCard® that is in effect on the date that we process the transaction. This conversion rate reflects the fee retained by MasterCard as a cost of performing the conversion service. In addition to the conversion rate, we will charge you a fee of **2.5%** of the transaction amount after it has been converted. |
| Annual Fees | Preferred card: **$45** annually         Platinum Plus card: **$75** annually |
|  | To be charged on your first statement and annually thereafter on your anniversary date. |
| Other Fees | To be charged on the day the transaction or event occurs:<br>• Cash advance (including automated teller machine and over the counter advances): **1%** of amount advanced (minimum fee of **$7.50**)<br>• Balance transfer (including cheque cash advances): **1%** of amount transferred or advanced (minimum fee of **$7.50**)<br>• Cash equivalents: **1%** of amount purchased (minimum fee of **$7.50**)<br>• Wire transfer: **1%** of wire purchase amount (minimum fee of **$7.50**)<br>• Over the credit limit: **$25** per billing cycle<br>• Returned payment: **$20** per occurrence<br>• Returned cheque cash advance: **$20** per occurrence<br>• Extra copy of monthly statement or sales draft: **$2.50**<br>• Inactive credit balance: If your account is inactive and has a credit balance, we will charge you annually on the date that your account was last active the lesser of: (1) the credit balance; or (2) **$25** |

Exhibit 3
Page 34



CANADA POSTES
POST CANADA

Postage paid
if mailed in Canada

Port payé si posté
au Canada

Business Reply Mail
Correspondance-
réponse d'affaires

3410447

1000012794-K1G6K7-BR01

MBNA CANADA BANK
PO BOX 9652 STN T CSC
OTTAWA ON   K1G 9Z9

# Make your escape

MILEAGE PLAN

Exhibit 3
Page 35

# EXHIBIT 4

Alaska's World · News

*Alaska*

| Stock Quote | Your Hometown Newspaper | Weather: Enter City or Zip |
|---|---|---|
| ALK ¦¦ | ·· Select by Airport code ·· ¦ | ¦¦ |

Home | News Archive | Company Info | onyourhorizon.com | alaskaair.com | The Company Store

AW.com News Article Search

▶ GO   *Alaska Visa*                                    🖨 Printable Page

Sort by date ¦

Benefits & Finances
Career Development
Community Involvement
Culture, Programs & Events
Departments / Work Groups
Discounts & Classifieds
Leadership Toolbox
Manuals & Forms
Safety Reporting
Travel
  Quick Links    ¦

alaskasworld.com is best viewed using Internet Explorer (IE) 6.0 or higher or Firefox 3 0 1

# Alaska Airlines Visa Card – Employee Incentive Program FAQs

**Updated February 26, 2009**

1. **Where can I get Visa/MasterCard applications?** First see your manager or check at your base location if you are a Flight Attendant. If not on hand, applications and script cards can be ordered through Relizon. US Visa applications are item # 0-410-2-1567, Canadian MasterCard applications are item # 0-0410-2-5012, and Business card applications are item # 0-0410-2-1670.

2. **How do I get paid my Visa incentive payout?** Payments are made by Bank of America directly into your AS or QX paycheck approximately two months after the application processes. For example if an application is processed and approved in January, you will be paid in your March paycheck. Remember, Bank of America also will donate $3 per approved application to the Employee Assistance Fund, and Visa will also donate an additional $1

3. **What information is needed to ensure my Visa payout?** Employees need to carefully and completely fill out the identifier box located inside of the application to ensure proper incentive payment. Make sure to include, company code (01 for Alaska and 02 for Horizon), arctic number for Alaska employees and employee ID for Horizon employees, first initial and last name and co mail code.

4. **How does a current Preferred, Gold or Platinum cardholder upgrade to the Signature?** They can either call the customer service number on the back of their card, or they can fill out the special upgrade application inflight. To ensure the customer is upgraded properly, they must fill out the upgrade application, not a new account application

5. **How many bonus miles does an upgraded account receive?** If upgrading from a Preferred or Gold card to a Signature, cardholders receive 5000 bonus miles and from a Platinum to a Signature, cardholders receive 1000 bonus miles.

6. **For what accounts are employees paid $30 ?** Employees are paid $30 per approved US Visa card, Canadian MasterCard, upgraded accounts and for the US small business card.

7. **How many bonus miles does each new account award the customer?** New customers will receive 20,000 bonus miles upon approval plus an additional 5,000 miles after a $750 spend on a new US Visa Signature card only. Customers receive 20,000 bonus miles for a new Canadian Platinum Plus MasterCard or US small Business card. They receive 6,000 bonus miles for a new US Platinum card, and 4,000 bonus miles for a new US Preferred Visa or a Canadian Preferred MasterCard  Bonus miles will be posted to the customers mileage plan account approximately 4-6 weeks after approval.

8. **Who receives the $50 Companion Certificate and how is it used?** US Visa Signature and Canadian Platinum Plus cards carry the $50 companion certificate. They will receive their first certificate upon approval and yearly on the enrollment anniversary. These are electronic certificates and are posted directly into the primary cardholder's mileage plan account. Customers can book tickets either online at alaskaair.com or by calling reservations. The $50 companion certificate is only available for Alaska Airlines or Horizon Air operated flights, not on partner airlines. The $50 companion certificate does expire each year if unused. Mileage credit and first class upgrades are allowed with the $50 companion certificate.

9. **What is the $50 discount certificate?** The new US Platinum card now carries a $50 discount certificate good towards $50 off any Alaska or Horizon ticket. The cardholder will receive one upon approval and yearly on the enrollment anniversary.

10. **What if a customer wants to close their Alaska Airlines Visa card?** Customers would need to call Bank of America to close their Visa card. They will not loose any accumulated miles in their Alaska Airlines mileage plan account. Their mileage plan account still remains open and active.

11. **Who should members contact if they have questions about their Alaska Airlines Visa card?** Members should contact Bank of America directly at 1-800-552-7302 if they have any

Exhibit 4
Page 36

# EXHIBIT 5

## Top Performers

## Random Drawing

# EARN $5 PER PROCESSED APPLICATION!

## PLUS, SUBMIT AND HAVE PROCESSED THE MOST NEW APPLICATIONS IN APRIL AND WIN ADDITIONAL CASH!*

In addition to $45 per approved card application you will now earn an additional $5 for each *processed* new US Consumer Visa,® Visa Business or Canadian Mastercard® application! To earn the additional $5 payout, the card application must be submitted with sufficient valid customer information to facilitate an "accept" or "decline" decision. See right for specifc card details.

*Monthly contest winners will be determined by the amount of most new accounts processed within the month of April. This is only for new accounts and does not include Upgrades.

Visa is a registered trademark of Visa International Service Association and used by the issuer pursuant to license from Visa U.S.A. Inc. MasterCard is a registered trademark of MasterCard International and is used by the issuer pursuant to license.

**US CONSUMER VISA CARD**
$45 per approved new account application
$5 for each submitted new account application
$45 for each approved Upgrade

**VISA BUSINESS CARD**
$45 per approved new account application
$5 for each submitted new account application

**CANADIAN MASTERCARD**
$45 per approved new account application
$5 for each submitted new account application

Exhibit 5
Page 37

*Alaska Airlines® / Horizon Air®*

# EXHIBIT 6

# JANUARY 2010 FLIGHT ATTENDANT INCENTIVE



# New Year, New Tier!

## Re-engage in the Visa Incentive program and earn a $50 bonus in January!

Earn an additional $50, by submitting 5-24 processed applications in the month of January. Must be new U.S., Canada, or Business Card applications (not upgrades).

**Submit 25-49 and earn an additional $100**
**Submit 50-74, earn an additional $200**
**Submit 75 or more and earn an additional $500!**

This is in addition to the $30 you already earn for each approved application. Remember, Bank of America will also donate $3 per approved application to the Employee Assistance Fund.

*Alaska Airlines® / Horizon Air®*

Exhibit 6
Page 38

# EXHIBIT 7

# Prizes Are Springing Up All Over

## Top Performers

* $1,000 gift card, to the 5 Top Performers with a minimum of 5 processed applications

* $300 gift card, to the next 10 Top Performers with a minimum of 5 processed applications

* $100 gift card, to the next 15 Top Performers with a minimum of 5 processed applications

### Random Drawing

Any Salesperson's application processed and accepted will be included in a drawing for one of many prizes!

## EARN $5 PER PROCESSED APPLICATION!

## PLUS, SUBMIT AND HAVE PROCESSED THE MOST NEW APPLICATIONS IN MAY AND WIN ADDITIONAL CASH!*

The US application will be changing in May to this version with the hot air balloon image - once received, please discontinue using the beach version.

In addition to $45 per approved card application you will now earn an additional $5 for each *processed* new US Consumer Visa,® Visa Business or Canadian Mastercard® application! To earn the additional $5 payout, the card application must be submitted with sufficient valid customer information to facilitate an "accept" or "decline" decision. See right for specifc card details.

*Monthly contest winners will be determined by the amount of most new accounts processed within the month of May. This is only for new accounts and does not include Upgrades.

Visa is a registered trademark of Visa International Service Association and used by the issuer pursuant to license from Visa U.S.A. Inc. MasterCard is a registered trademark of MasterCard International and is used by the issuer pursuant to license.

**US CONSUMER VISA CARD**
$45 per approved new account application
$5 for each submitted new account application
$45 for each approved Upgrade

**VISA BUSINESS CARD**
$45 per approved new account application
$5 for each submitted new account application

**CANADIAN MASTERCARD**
$45 per approved new account application
$5 for each submitted new account application

*Alaska Airlines*®

Exhibit 7
Page 39

**CERTIFICATE OF SERVICE**

I hereby certify that I am employed with the law firm of Marlin & Saltzman, LLP, whose address is 3200 El Camino Real, Suite 100, Irvine, California 92602. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on March 3, 2014, I served a copy of: **SECOND AMENDED COMPLAINT AND JURY DEMAND** on all interested parties in this action as follows:

[X] **(VIA US MAIL)** I caused such envelope(s) to be deposited in the mail at Irvine, California with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(VIA FEDERAL EXPRESS)** I caused to have served such document(s) by depositing them in the drop box at Irvine, California, for priority overnight next day delivery.

[ ] **(VIA PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee.

[ ] **(VIA E-MAIL)** I caused to have such documents sent by electronic service [Fed. Rule Civ. Proc. Rule 5(b)(2)(a)] by electronically mailing a true and correct copy through Marlin & Saltzman's electronic mail system to the e-mail address(s) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

[ ] **(VIA FACSIMILE)** I caused such document to be faxed to the persons identified with fax numbers on the attached Mailing List.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 3, 2014, at Irvine, California.

Sharon Shepard

1
CERTIFICATE OF SERVICE

## SERVICE LIST

| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Philip F. Atkins-Pattenson, Esq.<br>David E. Snyder, Esq.<br>Four Embarcadero Center, 17th Floor<br>San Francisco, California 94111-4109<br>Tel: 415-434-9100 - Fax: 415-434-3947<br>Email:patkinspattenson@sheppardmullin.com<br>Email: dsnyder@sheppardmullin.com | **Attorneys for Defendants ALASKA AIRLINES, INC. and HORIZON AIR INDUSTRIES, INC.** |
| MORRISON & FOERSTER, LLP<br>Robert S. Stern, Esq.<br>Tritia M. Murata, Esq.<br>Megan T. Low, Esq.<br>555 West Fifth Street, Suite 3500<br>Los Angeles, CA 90013-1024<br>Tel: 213-892-5200 - Fax: 213-892-5454<br>Email: RStern@mofo.com<br>Email: TMurata@mofo.com<br>Email: MLow@mofo.com | **Attorneys for Defendant FIA CARD SERVICES, N.A.** |
| **THE CIFARELLI LAW FIRM, LLP**<br>Thomas A. Cifarelli, Esq.<br>7700 Irvine Center Dr., Suite 150<br>Irvine, California 92618<br>Tel: 949-502-860 - Fax: 949-502-8603<br>Email: tomc@cifarellilaw.com | **Attorneys for Plaintiff** |

CERTIFICATE OF SERVICE