1  ROBERT S. STERN (CA SBN 68240)
   RStern@mofo.com
2  TRITIA M. MURATA (CA SBN 234344)
   TMurata@mofo.com
3  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard
4  Los Angeles, California  90017-3543
   Telephone: 213.892.5200
5  Facsimile: 213.892.5454

6  Attorneys for Defendant
   FIA CARD SERVICES, N.A.
7

8  PHILIP F. ATKINS-PATTENSON (CA SBN 94901)
   patkinspattenson@sheppardmullin.com
9  DAVID E. SNYDER (CA SBN 262001)
   dsnyder@sheppardmullin.com
10 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   Four Embarcadero Center, 17th Floor
11 San Francisco, California  94111-4109
   Telephone: 415.434.9100
12 Facsimile: 415.434.3947

13 Attorneys for Defendants
   ALASKA AIRLINES, INC. and
14 HORIZON AIR INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE D. RUTHERFORD, individually and on behalf of other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FIA CARD SERVICES, N.A. (Bank of America), ALASKA AIRLINES, INC. and HORIZON AIR INDUSTRIES, INC.,<br><br>Defendants. | Case No. CV13-02934 DDP (MANx)<br><br>**JUDGMENT**<br><br>[Fed. R. Civ. P. 58; L.R. 58-4, 58-10]<br><br>(CLOSED) |

[Proposed] Judgment

la-1263469

## JUDGMENT

The Court hereby enters judgment in favor of Defendants FIA Card Services, N.A., Alaska Airlines, Inc., and Horizon Air Industries, Inc., and against Plaintiff Terrance D. Rutherford for the reasons set forth in the Court's order granting Defendants' Motions to Dismiss the Second Amended Complaint (Dkt. No. 61).

**IT IS HEREBY ORDERED** that Plaintiff Rutherford take nothing from this action, that the action be dismissed with prejudice, and that Defendants FIA Card Services, N.A., Alaska Airlines, Inc., and Horizon Air Industries, Inc. recover their costs.

Dated:  November 10, 2014

Hon. Dean D. Pregerson
United States District Judge

Submitted by:

**MORRISON & FOERSTER LLP**

By:   */s/ Tritia M. Murata*
        Tritia M. Murata

   Attorneys for Defendant
   FIA CARD SERVICES, N.A.

ATTESTATION: Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all signatories listed below concur in the filing's content and have authorized the filing.

Approved as to form:

**MARLIN & SALTZMAN, LLP**
**THE CIFARELLI LAW FIRM, LLP**

By:   */s/ Stephen P. O'Dell*
        Stephen P. O'Dell

   Attorneys for Plaintiff
   TERRANCE D. RUTHERFORD

Approved as to form:

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

By:   */s/ Philip Atkins-Pattenson*
        Philip Atkins-Pattenson

   Attorneys for Defendants
   ALASKA AIRLINES, INC. and
   HORIZON AIR INDUSTRIES, INC.